BEFORE THE THIRD DIVISION, MARCH 26, 1958

**No. 61738.**—The Mutual Paper Co., Inc. *v.* United States, protest 310370–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61739.**—Garod Radio Corporation *v.* United States, protest 310371–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61740.**—Roberts Reilly & Sons *v.* United States, protest 310377–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

---

BEFORE THE FIRST DIVISION, MARCH 27, 1958

**No. 61741.**—F. L. Kraemer & Co. *v.* United States, protests 309467–K and 312236–K (New York).

Opinion by OLIVER, C. J. The protests were dismissed for lack of prosecution.